IN THE CIRCUIT COURT FOR THE STATE OF OREGON
IN AND FOR MULTNOMAH COUNTY

| | |
|---|---|
| NABIL KHLAFA, | CAUSE NO. 23CV26019 |
| PLAINTIFF, | **SUMMONS** |
| v. | |
| OREGON HEALTH AND SCIENCE UNIVERSITY, DANNY JACOBS, DARRYL WALKER, CATHRYN DAMMEL, ILONA COX, SALLYDAY EISELE, | |
| DEFENDANTS. | |

**TO: OREGON HEALTH & SCIENCE UNIVERSITY:**

You are hereby required to appear and defend the complaint filed against you in the above-entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff will apply to the court for the relief demanded in the complaint.

///

///

///

SUMMONS - 1

Exhibit 1 - Page 1 of 12

## READ THESE PAPERS CAREFULLY!

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

You may be liable for attorney fees in this case. Should plaintiff in this case not prevail, a judgment for reasonable attorney fees may be entered against you, as provided by the agreement to which defendant alleges you are a party.

If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at http://www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

_____
NABIL KHLAFA, Pro Se
Email: nabilnoble77@gmail.com

STATE OF OREGON, County of Multnomah) ss.

I, Nabil Khlafa, plaintiff pro se, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled action.

_____
Nabil Khlafa, Pro Se

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual or other legal entity to whom or which this summons is directed and to make your proof of service upon a separate similar document which you shall attach hereto.

_____
Nabil Khlafa, Pro Se

SUMMONS - 2

Exhibit 1 - Page 2 of 12

IN THE CIRCUIT COURT FOR THE STATE OF OREGON
IN AND FOR MULTNOMAH COUNTY

| | | |
|---|---|---|
| NABIL KHLAFA, | ) | CAUSE NO. 23CV26019 |
| | ) | |
| PLAINTIFF, | ) | **SUMMONS** |
| v. | ) | |
| | ) | |
| OREGON HEALTH AND SCIENCE UNIVERSITY, DANNY JACOBS, DARRYL WALKER, CATHRYN DAMMEL, ILONA COX, SALLYDAY EISELE, | ) ) ) ) | |
| | ) | |
| DEFENDANTS. | ) ) ) | |

**TO: DANNY JACOBS:**

You are hereby required to appear and defend the complaint filed against you in the above-entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff will apply to the court for the relief demanded in the complaint.

///

///

///

SUMMONS - 1

Exhibit 1 - Page 3 of 12

**READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

You may be liable for attorney fees in this case. Should plaintiff in this case not prevail, a judgment for reasonable attorney fees may be entered against you, as provided by the agreement to which defendant alleges you are a party.

If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at http://www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

_____
NABIL KHLAFA, Pro Se
Email: nabilnoble77@gmail.com

STATE OF OREGON, County of Multnomah) ss.

I, Nabil Khlafa, plaintiff pro se, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled action.

_____
Nabil Khlafa, Pro Se

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual or other legal entity to whom or which this summons is directed and to make your proof of service upon a separate similar document which you shall attach hereto.

_____
Nabil Khlafa, Pro Se

SUMMONS - 2

Exhibit 1 - Page 4 of 12

IN THE CIRCUIT COURT FOR THE STATE OF OREGON
IN AND FOR MULTNOMAH COUNTY

| | |
|---|---|
| NABIL KHLAFA, | CAUSE NO. 23CV26019 |
| PLAINTIFF, | **SUMMONS** |
| v. | |
| OREGON HEALTH AND SCIENCE UNIVERSITY, DANNY JACOBS, DARRYL WALKER, CATHRYN DAMMEL, ILONA COX, SALLYDAY EISELE, | |
| DEFENDANTS. | |

**TO: DARRYL WALKER:**

You are hereby required to appear and defend the complaint filed against you in the above-entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff will apply to the court for the relief demanded in the complaint.

///

///

///

SUMMONS - 1

Exhibit 1 - Page 5 of 12

## READ THESE PAPERS CAREFULLY!

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

You may be liable for attorney fees in this case. Should plaintiff in this case not prevail, a judgment for reasonable attorney fees may be entered against you, as provided by the agreement to which defendant alleges you are a party.

If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at http://www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

_____
NABIL KHLAFA, Pro Se
Email: nabilnoble77@gmail.com

STATE OF OREGON, County of Multnomah) ss.

I, Nabil Khlafa, plaintiff pro se, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled action.

_____
Nabil Khlafa, Pro Se

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual or other legal entity to whom or which this summons is directed and to make your proof of service upon a separate similar document which you shall attach hereto.

_____
Nabil Khlafa, Pro Se

SUMMONS - 2

Exhibit 1 - Page 6 of 12

IN THE CIRCUIT COURT FOR THE STATE OF OREGON
IN AND FOR MULTNOMAH COUNTY

| | | |
|---|---|---|
| NABIL KHLAFA, | ) | CAUSE NO. 23CV26019 |
|                 PLAINTIFF, | ) | **SUMMONS** |
| v. | ) | |
| OREGON HEALTH AND SCIENCE UNIVERSITY, DANNY JACOBS, DARRYL WALKER, CATHRYN DAMMEL, ILONA COX, SALLYDAY EISELE, | ) ) ) ) | |
|                 DEFENDANTS. | ) | |

**TO: CATHRYN DAMMEL**:

You are hereby required to appear and defend the complaint filed against you in the above-entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff will apply to the court for the relief demanded in the complaint.

///

///

///

SUMMONS - 1

Exhibit 1 - Page 7 of 12

## READ THESE PAPERS CAREFULLY!

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

You may be liable for attorney fees in this case. Should plaintiff in this case not prevail, a judgment for reasonable attorney fees may be entered against you, as provided by the agreement to which defendant alleges you are a party.

If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at http://www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

_____
NABIL KHLAFA, Pro Se
Email: nabilnoble77@gmail.com

STATE OF OREGON, County of Multnomah) ss.

    I, Nabil Khlafa, plaintiff pro se, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled action.

_____
Nabil Khlafa, Pro Se

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual or other legal entity to whom or which this summons is directed and to make your proof of service upon a separate similar document which you shall attach hereto.

_____
Nabil Khlafa, Pro Se

SUMMONS - 2

Exhibit 1 - Page 8 of 12

IN THE CIRCUIT COURT FOR THE STATE OF OREGON
IN AND FOR MULTNOMAH COUNTY

| | | |
|---|---|---|
| NABIL KHLAFA, | ) | CAUSE NO. 23CV26019 |
| | ) | |
| PLAINTIFF, | ) | **SUMMONS** |
| v. | ) | |
| | ) | |
| OREGON HEALTH AND SCIENCE UNIVERSITY, DANNY JACOBS, DARRYL WALKER, CATHRYN DAMMEL, ILONA COX, SALLYDAY EISELE, | ) ) ) ) | |
| | ) | |
| DEFENDANTS. | ) ) ) | |

**TO: ILONA COX:**

You are hereby required to appear and defend the complaint filed against you in the above-entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff will apply to the court for the relief demanded in the complaint.

///

///

///

SUMMONS - 1

Exhibit 1 - Page 9 of 12

## READ THESE PAPERS CAREFULLY!

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

You may be liable for attorney fees in this case. Should plaintiff in this case not prevail, a judgment for reasonable attorney fees may be entered against you, as provided by the agreement to which defendant alleges you are a party.

If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at http://www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

_____
NABIL KHLAFA, Pro Se
Email: nabilnoble77@gmail.com

STATE OF OREGON, County of Multnomah) ss.

I, Nabil Khlafa, plaintiff pro se, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled action.

_____
Nabil Khlafa, Pro Se

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual or other legal entity to whom or which this summons is directed and to make your proof of service upon a separate similar document which you shall attach hereto.

_____
Nabil Khlafa, Pro Se

SUMMONS - 2

Exhibit 1 - Page 10 of 12

IN THE CIRCUIT COURT FOR THE STATE OF OREGON
IN AND FOR MULTNOMAH COUNTY

NABIL KHLAFA,

PLAINTIFF,

v.

OREGON HEALTH AND SCIENCE UNIVERSITY, DANNY JACOBS, DARRYL WALKER, CATHRYN DAMMEL, ILONA COX, SALLYDAY EISELE,

DEFENDANTS.

CAUSE NO. 23CV26019

**SUMMONS**

**TO: SALLYDAY EISELE**:

You are hereby required to appear and defend the complaint filed against you in the above-entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff will apply to the court for the relief demanded in the complaint.

///

///

///

SUMMONS - 1

Exhibit 1 - Page 11 of 12

**READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

You may be liable for attorney fees in this case. Should plaintiff in this case not prevail, a judgment for reasonable attorney fees may be entered against you, as provided by the agreement to which defendant alleges you are a party.

If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at http://www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

_____
NABIL KHLAFA, Pro Se
Email: nabilnoble77@gmail.com

STATE OF OREGON, County of Multnomah) ss.

I, Nabil Khlafa, plaintiff pro se, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled action.

_____
Nabil Khlafa, Pro Se

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual or other legal entity to whom or which this summons is directed and to make your proof of service upon a separate similar document which you shall attach hereto.

_____
Nabil Khlafa, Pro Se

SUMMONS - 2

Exhibit 1 - Page 12 of 12