# PROOF OF SERVICE

| Case: 23CV26019 | Court: CIRCUIT COURT OF THE STATE OF OREGON for the COUNTY OF MULTNOMAH | County: MULTNOMAH, OR | Job: 9125333 |
|---|---|---|---|
| **Plaintiff / Petitioner:** NABIL KHLAFA | | **Defendant / Respondent:** OHSU, et al | |
| **Received by:** SOLID SERVE LEGAL | | **For:** Pro Se Matter | |
| **To be served upon:** Alice Cuprill-Comas, Registered Agent for Oregon Health and Science University | | | |

I, Tea Godfrey, declare under penalty of perjury: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| Recipient Name / Address: | Alice Cuprill-Comas, Registered Agent for Oregon Health and Science University, Company: 1849 SW SALMON ST, PORTLAND, OR 97205 |
|---|---|
| Manner of Service: | Authorized, Jul 3, 2023, 6:10 pm PDT |
| Documents: | Summons and Complaint (Received Jul 1, 2023 at 8:30am PDT) |

**Additional Comments:**
1) Successful Attempt: Jul 3, 2023, 6:10 pm PDT at Multnomah Athletic Club: 1849 SW SALMON ST, PORTLAND, OR 97205 received by Amy Johnson on behalf of Alice Cuprill-Comas, Registered Agent for Oregon Health and Science University. Age: 45; Ethnicity: Caucasian; Gender: Female; Weight: 160; Height: 5'6"; Hair: Blond; Relationship: Office Manager.

Called the legal department at OHSU and spoke with Alice Cuprill-Comas who put me in touch with her Office Manager, Amy Johnson. We arranged to meet outside the Multnomah Athletic Club for delivery of the documents at 6:15 p.m. tonight. I arrived at the appointed time and delivered the documents without issue.

_[signature]_                          07/04/2023

Tea Godfrey                            Date
n/a

SOLID SERVE LEGAL
10121 SE SUNNYSIDE RD Suite 300
CLACKAMAS, OR 97015
503-928-6362

Exhibit 3 - Page 1 of 6

7/4/2023 1:15 PM
23CV26019

# PROOF OF SERVICE

| Case: 23CV26019 | Court: CIRCUIT COURT OF THE STATE OF OREGON for the COUNTY OF MULTNOMAH | County: MULTNOMAH, OR | Job: 9131274 |
|---|---|---|---|
| Plaintiff / Petitioner: NABIL KHLAFA | | Defendant / Respondent: OHSU, et al | |
| Received by: SOLID SERVE LEGAL | | For: Pro Se Matter | |
| To be served upon: DANNY JACOBS | | | |

I, Tea Godfrey, declare under penalty of perjury: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| Recipient Name / Address: | DANNY JACOBS, **OHSU**: 3181 SW SAM JACKSON PARK RD, PORTLAND, OR 97239 |
| Manner of Service: | **Substitue (Work) & Mail, Jul 4, 2023, 12:52 pm PDT** |
| Documents: | Summons and Complaint (Received Jul 1, 2023 at 8:30am PDT) |

**Additional Comments:**
**1)** Successful Attempt: Jul 3, 2023, 6:10 pm PDT at **Multnomah Athletic Club**: 1849 SW SALMON ST, PORTLAND, OR 97205 received by **Amy Johnson on behalf of** DANNY JACOBS. Called the legal department at OHSU and spoke with Alice Cuprill-Comas who put me in touch with her Office Manager, Amy Johnson. We arranged to meet outside the Multnomah Athletic Club for delivery of the documents at 6:15 p.m. tonight. I arrived at the appointed time and delivered the documents without issue.

**2)** Mailed to Servee: Jul 4, 2023, 12:53 pm PDT at **OHSU**: 3181 SW SAM JACKSON PARK RD, PORTLAND, OR 97239 received by DANNY JACOBS.

*[Signature: Tea Godfrey]*    07/04/2023

Tea Godfrey                    Date
n/a

SOLID SERVE LEGAL
10121 SE SUNNYSIDE RD Suite 300
CLACKAMAS, OR 97015
503-928-6362

Exhibit 3 - Page 2 of 6

23CV26019

# PROOF OF SERVICE

| Case: 23CV26019 | Court: CIRCUIT COURT OF THE STATE OF OREGON for the COUNTY OF MULTNOMAH | County: MULTNOMAH, OR | Job: 9131276 |
|---|---|---|---|
| **Plaintiff / Petitioner:** NABIL KHLAFA | | **Defendant / Respondent:** OHSU, et al | |
| **Received by:** SOLID SERVE LEGAL | | **For:** Pro Se Matter | |
| **To be served upon:** DARRYL WALKER | | | |

I, Tea Godfrey, declare under penalty of perjury: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| **Recipient Name / Address:** | DARRYL WALKER, OHSU: 3181 SW SAM JACKSON PARK RD L585, PORTLAND, OR 97239 |
| **Manner of Service:** | Substitue (Work) & Mail, Jul 4, 2023, 12:52 pm PDT |
| **Documents:** | Summons and Complaint (Received Jul 1, 2023 at 8:30am PDT) |

**Additional Comments:**
1) Successful Attempt: Jul 3, 2023, 6:10 pm PDT at Multnomah Athletic Club: 1849 SW SALMON ST, PORTLAND, OR 97205 received by Amy Johnson on behalf of DARRYL WALKER. Called the legal department at OHSU and spoke with Alice Cuprill-Comas who put me in touch with her Office Manager, Amy Johnson. We arranged to meet outside the Multnomah Athletic Club for delivery of the documents at 6:15 p.m. tonight. I arrived at the appointed time and delivered the documents without issue.

2) Mailed: Jul 4, 2023, 12:53 pm PDT at OHSU: 3181 SW SAM JACKSON PARK RD L585, PORTLAND, OR 97239 received by DARRYL WALKER.

_Tea Godfrey_    07/04/2023

Tea Godfrey        Date
n/a

SOLID SERVE LEGAL
10121 SE SUNNYSIDE RD Suite 300
CLACKAMAS, OR 97015
503-928-6362

Exhibit 3 - Page 3 of 6

7/4/2023 1:15 PM
23CV26019

# PROOF OF SERVICE

| Case: 23CV26019 | Court: CIRCUIT COURT OF THE STATE OF OREGON for the COUNTY OF MULTNOMAH | County: MULTNOMAH, OR | Job: 9131277 |
|---|---|---|---|
| Plaintiff / Petitioner: NABIL KHLAFA | | Defendant / Respondent: OHSU, et al | |
| Received by: SOLID SERVE LEGAL | | For: Pro Se Matter | |
| To be served upon: CATHRYN DAMMEL | | | |

I, Tea Godfrey, declare under penalty of perjury: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name / Address: | CATHRYN DAMMEL, OHSU: 3181 SW SAM JACKSON PARK RD, PORTLAND, OR 97239 |
| Manner of Service: | Substitue (Work) & Mail, Jul 4, 2023, 12:52 pm PDT |
| Documents: | Summons and Complaint (Received Jul 1, 2023 at 8:30am PDT) |

**Additional Comments:**
1) Successful Attempt: Jul 3, 2023, 6:10 pm PDT at Multnomah Athletic Club: 1849 SW SALMON ST, PORTLAND, OR 97205 received by Amy Johnson on behalf of CATHRYN DAMMEL. Called the legal department at OHSU and spoke with Alice Cuprill-Comas who put me in touch with her Office Manager, Amy Johnson. We arranged to meet outside the Multnomah Athletic Club for delivery of the documents at 6:15 p.m. tonight. I arrived at the appointed time and delivered the documents without issue.

2) Mailed: Jul 4, 2023, 12:52 pm PDT at OHSU: 3181 SW SAM JACKSON PARK RD, PORTLAND, OR 97239 received by CATHRYN DAMMEL.

_(signature)_      07/04/2023

Tea Godfrey          Date
n/a

SOLID SERVE LEGAL
10121 SE SUNNYSIDE RD Suite 300
CLACKAMAS, OR 97015
503-928-6362

Exhibit 3 - Page 4 of 6

# PROOF OF SERVICE

| Case: 23CV26019 | Court: CIRCUIT COURT OF THE STATE OF OREGON for the COUNTY OF MULTNOMAH | County: MULTNOMAH, OR | Job: 9131280 |
|---|---|---|---|
| Plaintiff / Petitioner: NABIL KHLAFA | | Defendant / Respondent: OHSU, et al | |
| Received by: SOLID SERVE LEGAL | | For: Pro Se Matter | |
| To be served upon: ILONA COX | | | |

I, Tea Godfrey, declare under penalty of perjury: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** ILONA COX, OHSU: 3181 SW SAM JACKSON PARK RD, PORTLAND, OR 97239

**Manner of Service:** Substitute  Work) &  Mail, Jul 4, 2023, 12:52 pm PDT

**Documents:** Summons and Complaint (Received Jul 1, 2023 at 8:30am PDT)

**Additional Comments:**
1) Successful Attempt: Jul 3, 2023, 6:10 pm PDT at Multnomah Athletic Club: 1849 SW SALMON ST, PORTLAND, OR 97205 received by Amy Johnson on behalf of ILONA COX. Called the legal department at OHSU and spoke with Alice Cuprill-Comas who put me in touch with her Office Manager, Amy Johnson. We arranged to meet outside the Multnomah Athletic Club for delivery of the documents at 6:15 p.m. tonight. I arrived at the appointed time and delivered the documents without issue.

2) Mailed: Jul 4, 2023, 12:52 pm PDT at COMPANY: 3181 SW SAM JACKSON PARK RD, PORTLAND, OR 97239 received by ILONA COX.

*[Signature]*                              07/04/2023

Tea Godfrey                               Date
n/a

SOLID SERVE LEGAL
10121 SE SUNNYSIDE RD Suite 300
CLACKAMAS, OR 97015
503-928-6362

Exhibit 3 - Page 5 of 6

# PROOF OF SERVICE

| Case: 23CV26019 | Court: CIRCUIT COURT OF THE STATE OF OREGON for the COUNTY OF MULTNOMAH | County: MULTNOMAH, OR | Job: 9131282 |
|---|---|---|---|
| Plaintiff / Petitioner: NABIL KHLAFA | | Defendant / Respondent: OHSU, et al | |
| Received by: SOLID SERVE LEGAL | | For: Pro Se Matter | |
| To be served upon: SALLYDAY EISELE | | | |

I, Tea Godfrey, declare under penalty of perjury: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** SALLYDAY EISELE, OHSU: 3181 SW SAM JACKSON PARK RD, PORTLAND, OR 97239
**Manner of Service:** **Substitue (Work) & Mail, Jul 4, 2023, 12:52 pm PDT**
**Documents:** Summons and Complaint (Received Jul 1, 2023 at 8:30am PDT)

**Additional Comments:**
1) Successful Attempt: Jul 3, 2023, 6:10 am PDT at Multnomah Athletic Club: 1849 SW SALMON ST, PORTLAND, OR 97205 received by Amy Johnson on behalf of SALLYDAY EISELE. Called the legal department at OHSU and spoke with Alice Cuprill-Comas who put me in touch with her Office Manager, Amy Johnson. We arranged to meet outside the Multnomah Athletic Club for delivery of the documents at 6:15 p.m. tonight. I arrived at the appointed time and delivered the documents without issue.

2) Mailed: Jul 4, 2023, 12:45 pm PDT at OHSU: 3181 SW SAM JACKSON PARK RD, PORTLAND, OR 97239 received by SALLYDAY EISELE.

_Tea Lui Godfrey_    07/04/2023

Tea Godfrey            Date
n/a

SOLID SERVE LEGAL
10121 SE SUNNYSIDE RD Suite 300
CLACKAMAS, OR 97015
503-928-6362

Exhibit 3 - Page 6 of 6