Karen O'Kasey, OSB No. 870696
E-mail: kok@hartwagner.com
HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301
   Of Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **NABIL KHLAFA**,<br><br>    Plaintiff,<br><br>    v.<br><br>**OREGON HEALTH AND SCIENCE UNIVERSITY, DANNY JACOBS, DARRYL WALKER, CATHRYN DAMMEL, ILONA COX, SALLYDAY EISELE**,<br><br>    Defendants. | Case No. 3:23-cv-01013-SI<br><br>**DECLARATION OF KAREN O'KASEY IN SUPPORT OF RULE 11 SANCTIONS** |

    I, Karen O'Kasey, do hereby declare as follows:

    1.    I am the one of the attorneys representing defendant OHSU in the above-entitled action. I make this declaration in support of the defendant's reply to plaintiff's response to this court's order to show cause.

///

///

///

///

Page 1 -  DECLARATION OF KAREN O'KASEY IN SUPPORT OF RULE 11 SANCTIONS

HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

2. Pursuant to this court's request for an estimate of fees and costs incurred in responding to plaintiff's motion to file a second amended complaint, defendant incurred fees in the amount of $3,007.00 and costs in the amount of $2.25 in responding to plaintiff's motion to file a second amended complaint.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 18th day of December, 2024.

*/s/ Karen O'Kasey*
Karen O'Kasey

Page 2 -    DECLARATION OF KAREN O'KASEY IN SUPPORT OF RULE 11 SANCTIONS

HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of December, 2024, I served the foregoing **DECLARATION OF KAREN O'KASEY IN SUPPORT OF RULE 11 SANCTIONS** on the following party at the following address:

>Nabil Khlafa
>5331 S Macadam Ave
>Suite 258-107
>Portland, OR 97239
>Nabilnoble77@gmail.com
>    *Pro Se Plaintiff*

by e-mailing and by mailing a true and correct copy thereof, certified by me as such, placed in sealed envelopes addressed as set forth above, and deposited in the U.S. Post Office at Portland, Oregon on said day with postage prepaid.

>*/s/ Karen O'Kasey*
>Karen O'Kasey

Page 1 - **CERTIFICATE OF SERVICE**

**HART WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile: (503) 222-2301**