IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **NABIL KHLAFA**, <br><br> Plaintiff, <br><br> v. <br><br> **OREGON HEALTH AND SCIENCE UNIVERSITY**, <br><br> Defendant. | Case No. 3:23-cv-1013-SI <br><br> **ORDER** |

**Michael H. Simon, District Judge.**

In Plaintiff's Response to Defendant's Reply to Plaintiff's Response to Show Cause Order, ECF 83, Plaintiff requests, among other things, the appointment of counsel. Generally, there is no constitutional right to counsel in a civil case. *United States v. 30.64 Acres of Land*, 795 F.2d 796, 801 (9th Cir. 1986). The Court has discretion, however, under 28 U.S.C. § 1915(e) to appoint volunteer counsel for indigent civil litigants in exceptional circumstances. *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009); *Agyeman v. Corr. Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004). Although the Court may appoint volunteer counsel in exceptional cases, it has no power to make a mandatory appointment. *Mallard v. U.S. Dist. Court for S. Dist. of Iowa*, 490 U.S. 296, 301-08 (1989).

PAGE 1 – ORDER

In determining whether exceptional circumstances exist, a court evaluates the plaintiff's likelihood of success on the merits and the ability of the plaintiff to articulate his or her claim pro se in light of the complexity of the legal issues involved. *Palmer*, 560 F.3d at 970; *Agyeman*, 390 F.3d at 1103. However, "[n]either of these factors is dispositive and both must be viewed together before reaching a decision on request of counsel under [former] section 1915(d)." *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991).

At this stage of the proceeding, Plaintiff has not demonstrated that he is unable to articulate his position or that he has a likelihood of success on the merits. Accordingly, there are no exceptional circumstances that require the appointment of counsel under § 1915(e).

The Court DENIES Plaintiff's request for appointment of counsel, ECF 83.

**IT IS SO ORDERED.**

DATED this 8th day of January, 2025.

                                          /s/ *Michael H. Simon*
                                          Michael H. Simon
                                          United States District Judge